IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON<br>*Debtor* | : <br> : <br> : | Case No.   19-24527-TPA<br>Chapter 11 |
| MICHAEL K. HERRON,<br>*Plaintiff,*<br>v.<br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11,<br>*Defendant.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 20-2132-TPA<br>Related to Doc No. 5, 10, 31 |

## **ORDER**

**AND NOW,** this **11ᵗʰ** day of **May, 2021**, for the reasons stated at the hearing on the ***Defendant's Motion for Summary Judgment Under F.R.C.P. 56*** (Doc. 31) and Final Pretrial Conference held this date, it is hereby **ORDERED, ADJUDGED and DECREED** that ***on or before May 19, 2020,*** the Parties shall file a proposed consent order based upon the agreed upon figure of $316,000 as the value of the property, which includes a breakdown of all postpetition payments made by the Debtor with a current net payoff amount.

_____
Thomas P. Agresti, Judge    **ljm**
United States Bankruptcy Court